ALFONSO MOUZON
CO-473-9
Coalinga State Hospital
P.O. Box 5003
Coalinga, CA 93210

Plaintiff in pro per

ANDREA L. WEDDLE [250297]
Interim County Counsel
By: JILL P. SAZAMA [214215]
Deputy County Counsel
Office of the County Counsel, County of Alameda
1221 Oak Street, Suite 450
Oakland, California 94612
Telephone: (510) 272-6700
Email: jill.sazama@acgov.org

Attorneys for Defendant COUNTY OF ALAMEDA
(named as "ALAMEDA COUNTY")

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO MOUZON,<br><br>Plaintiff,<br><br>v.<br><br>ALAMEDA COUNTY,<br><br>Defendants. | Case No.: 4:24-CV-01907-ASK<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO STIPULATION**<br><br>Complaint filed: Mar. 28, 2024<br>First Am. Compl. filed: Nov. 4, 2024 |

Plaintiff pro per ALFONSO MOUZON and defendant COUNTY OF ALAMEDA, through its counsel, hereby STIPULATE and agree to the dismissal with prejudice of this action.

Dated: 7-13-26 By: A. Mouzon.
ALFONSO MOUZON
Plaintiff

Dated: 8/4/26 By: */s/ Jill P. Sazama, Esq.*
JILL P. SAZAMA
Deputy County Counsel
Attorneys for Defendant COUNTY OF ALAMEDA

**ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO STIPULATION**

Pursuant to the Stipulation of Dismissal with Prejudice by the parties set forth above, the Court hereby orders this case DISMISSED WITH PREJUDICE.

SO ORDERED.

DATED: August 11, 2026

By ______________________
MAGISTRATE JUDGE AJAY S. KRISHNAN
UNITED STATES DISTRICT COURT